1  GEOFFREY V. WHITE (SBN. 068012)
   LAW OFFICE OF GEOFFREY V. WHITE
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile: (415) 362-4115
4  Email: gvwhite@sprynet.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, BAY AREA LAUNDRY AND DRY CLEANING PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA LINEN SUPPLY, INC., a California corporation; DONALD J. MILLER, and EUGENE MILLER,<br><br>Defendants. | Case No. C07-3155 EMC<br><br>NOTICE OF VOLUNTARY DISMISSAL AND [Proposed] ORDER |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this action against the above-named Defendants, with prejudice.

Dated: August 21, 2007                LAW OFFICE OF GEOFFREY V. WHITE

                                By    /s/ Geoffrey V. White
                                      Geoffrey V. White
                                      Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: _____
                                      _____
                                      United States Magistrate Judge

---

NOTICE OF VOLUNTARY DISMISSAL & [Proposed] ORDER - Case No. C 07-3155 EMC          - 1 -